JOHNSON, Bank Com'r, et al. v. ESCHBACH, Ex'r, et al.

*100 P. 2d 443.*

No. 27778. March 19, 1940.

Houston E. Hill, of Oklahoma City, for plaintiffs in error.

R. A. Howard, of Ardmore, for defendants in error.

PER CURIAM. On March 1, 1937, plaintiff in error filed case-made with petition in error attached in this court, and on February 1, 1938, the brief of plaintiff in error was filed.

The defendants in error have failed to file any brief or offer any excuse for such failure. Upon the authority of City of Oklahoma City v. Blondin, 163 Okla. 276, 21 P. 2d 1053, this cause is reversed and remanded, with directions to grant a new trial.

BAYLESS, C. J., WELCH, V. C. J., and OSBORN, HURST, and DAVISON, JJ., concur.